IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MSCI 2006-IQ11 Logan Boulevard : 
Limited Partnership *a Delaware* :   Case No. 4:16-CV-2090
*limited partnership*, :
                        :
        Plaintiff, :   (Judge Brann)
                        :
    v. :
                        :
Greater Lewistown Shopping Plaza, :
L.P., *a Pennsylvania limited* :
*partnership*, :
                        :
        Defendant. :

ORDER
FEBRUARY 2, 2017

In accordance with the Memorandum Opinion issued this date, IT IS

HEREBY ORDERED THAT Defendants' Motion to Dismiss is DENIED.  ECF

No. 9.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge